George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Carlos Guzman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Guzman,<br><br>    Plaintiff,<br>v.<br><br>Westlake Services, LLC and Speedy Recovery, Inc.,<br><br>    Defendants. | Case No.: 2:24-cv-02236<br><br>**Stipulation for dismissal of Westlake Services, LLC and Speedy Recovery, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carlos Guzman, Westlake Services, LLC and Speedy Recovery, Inc. stipulate to dismiss Plaintiff's claims against Westlake Services, LLC and Speedy Recovery, Inc. with prejudice.

///
///
///
///
///

_____

STIPULATION                    - 1 -

1  Each party will bear its own costs, disbursements, and attorney fees.

2  Dated: May 5, 2025.

5  **FREEDOM LAW FIRM**

7   /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carlos Guzman*

**DICKINSON WRIGHT PLLC**

/s/ *Gabriel A. Blumberg*
Gabriel A. Blumberg, Esq.
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
*Counsel for Westlake Services, LLC and Speedy Recovery, Inc.*

IT IS SO ORDERED:

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: May  5 , 2025.

_____

STIPULATION                                    - 2 -