George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Carlos Guzman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Guzman, | Case No.: 2:24-cv-02236 |
| Plaintiff, | |
| v. | **Stipulation of dismissal of all claims between Plaintiff and Westlake Services, LLC with prejudice** |
| Westlake Services, LLC and Speedy Recovery, Inc., | |
| Defendants. | |

_____

STIPULATION                     - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carlos Guzman and Westlake Services, LLC stipulate to dismiss all claims between Plaintiff and Westlake Services, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 11, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**DICKINSON WRIGHT PLLC**

/s/ *Gabriel A. Blumberg*
Gabriel A. Blumberg, Esq.
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
*Counsel for Westlake Services, LLC*

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

_____

UNITES STATES DISTRICT JUDGE

DATED: ____February 12, 2026_____

_____

STIPULATION                - 2 -